UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| SABRINA HOLLAND | CIVIL ACTION NO. 24-cv-1084 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| MONROE POLICE DEPT ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 6] previously filed herein, having thoroughly reviewed the record, including the Objection filed by Plaintiff Sabrina Holland ("Holland") [Doc. No. 7] , and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that Holland's Claims [Doc. Nos. 1, 5] are **DISMISSED WITH PREJUDICE** as legally frivolous, for failing to state claims on which relief may be granted, and for seeking relief from a Defendant immune for such relief.

**MONROE, LOUISIANA**, this 1st day of October 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE